AGNES C. BYRNE, administratrix, *vs.* LORING N. FARNUM.

Essex. March 14, 1905. — May 19, 1905.

Present: KNOWLTON, C. J., MORTON, LATHROP, BARKER, & HAMMOND, JJ.

*Negligence,* Employer's liability. *Dynamite.*

*Hooe* v. *Boston & Northern Street Railway,* 187 Mass. 67, affirmed.

KNOWLTON, C. J. This is an action to recover for an injury suffered by the plaintiff's intestate from an explosion of dynamite while he was in the service of the defendant. The accident occurred on February 14, 1902, and was the same referred

to in the three first cases which appear under the name *Hooe* v. *Boston & Northern Street Railway Co.* 187 Mass. 67. The only question raised in the present case is whether there was evidence to warrant a verdict for the plaintiff. The facts reported are substantially the same as those in the former cases, and the entry therefore must be

*Judgment for the plaintiff.*

*J. P. Sweeney*, for the plaintiff.
*J. G. Walsh*, for the defendant.